# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2368
LT Case No. 16-2020-CA-2410

_____

FORD MOTOR COMPANY,

    Appellant,

    v.

ROBERT HETSLER, individually and as natural
parent of V.H., a minor child, and S.H., a minor child,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Waddell Arlie Wallace, III, Judge.

Wendy F. Lumish, of Bowman and Brooke LLP, Miami, and
Jessica L. Ellsworth, of Hogan Lovells US LLP, Washington,
D.C., pro hac vice, for Appellant.

John S. Mills and Jonathan A. Martin, of The Mills Firm, P.A.,
Jacksonville, and Andrew F. Knopf, Brent R. Bigger, and Brian
D. Murry, of Paul Knopf Bigger, Winter Park, for Appellee.


November 18, 2025


PER CURIAM.

    AFFIRMED.

EISNAUGLE and BOATWRIGHT, JJ., and BLOCKER, L.P., ASSOCIATE JUDGE, concur.

---

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

---